MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
GREYHOUND LINES, INC.
and FIRST TRANSIT, INC. (erroneously sued
herein as LAIDLAW TRANSPORTATION, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN CLARK, <br><br>                Plaintiff, <br><br> v. <br><br> LAIDLAW TRANSPORTATION, INC.; GREYHOUND LINES, INC.; and DOES 1 to 100, inclusive, <br><br>                Defendants. | Case No. 2:08-cv-00566 JAM GGH <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

30407-37668 JBS 551159.1                              1                         Case No. 2:08-cv-00566 JAM GGH

STIPULATION AND ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1     IT IS HEREBY STIPULATED by and between plaintiff JOHN CLARK and defendants GREYHOUND LINES, INC. and FIRST TRANSIT, INC. (erroneously sued herein as LAIDLAW TRANSPORTATION, INC.), through their designated counsel, that the above-captioned action be and hereby is dismissed without prejudice as to defendant FIRST TRANSIT, INC. (erroneously sued herein as LAIDLAW TRANSPORTATION, INC.) pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs.

Dated: April 30, 2008           CHAMBERS, NORONHA & KUBOTA

                                By:    /s/ Jonathan Dwork
                                       JONATHAN DWORK
                                       Attorneys for Plaintiff
                                       JOHN CLARK

Dated: May 2, 2008              LOMBARDI, LOPER & CONANT, LLP

                                By:    /s/ Jason B. Shane
                                       JASON B. SHANE
                                       Attorneys for Defendants
                                       GREYHOUND LINES, INC. and
                                       FIRST TRANSIT, INC. (erroneously sued herein as
                                       LAIDLAW TRANSPORTATION, INC.)

IT IS SO ORDERED:

DATED:   May 2, 2008

                                /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

PDF created with pdfFactory trial version www.pdffactory.com