MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF SACRAMENTO

| | |
|---|---|
| JOHN CLARK,<br><br>              Plaintiff,<br><br>v.<br><br>LAIDLAW TRANSPORTATION, INC.;<br>GREYHOUND LINES, INC.; and<br>DOES 1 to 100, inclusive,<br><br>              Defendants. | Case No. 2:08-cv-00566 JAM GGH<br><br>**STIPULATION TO EXTEND TIME** |

   IT IS HEREBY STIPULATED by and between Plaintiff JOHN CLARK and Defendant GREYHOUND LINES, INC., through their designated counsel, that the deadlines for expert disclosure pursuant to FRCP 26(a)(2), supplemental expert disclosure pursuant to FRCP 26(a)(2), and all discovery be extended by approximately thirty (30) days.  This extension is based upon the parties' belief that they have and will continue to make progress toward settlement of the above-entitled matter, and thus, they wish to avoid the costs associated with the above deadlines if at all possible.

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, per the instant stipulation, the deadline for expert disclosure pursuant to FRCP 26(a)(2) is March 6, 2009, the deadline for supplemental expert disclosure pursuant to FRCP 26(a)(2) is March 20, 2009, and all discovery must be completed by April 5, 2009.

Dated: February 4, 2009                                            CHAMBERS, NORONHA & KUBOTA


By:    /s/ Jonathan Dwork
     JONATHAN DWORK
     Attorneys for Plaintiff
     JOHN CLARK

Dated: February 4, 2009                                            LOMBARDI, LOPER & CONANT, LLP


By:    /s/ Jason B. Shane
     JASON B. SHANE
     Attorneys for Defendant
     GREYHOUND LINES, INC.

IT IS SO ORDERED:


DATED:  February 4, 2009

   /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30407-37668 JBS 565849.1                                  2                     Case No. 2:08-cv-00566 JAM GGH
STIPULATION TO EXTEND TIME

PDF created with pdfFactory trial version www.pdffactory.com