| | |
|---|---|
| 1 | MATTHEW S. CONANT, State Bar No. 094920<br>msc@llcllp.com |
| 2 | JEFFREY D HOSKING, State Bar No. 163975<br>jdh@llcllp.com |
| 3 | JASON B. SHANE, State Bar No. 253908<br>jshane@llcllp.com |
| 4 | LOMBARDI, LOPER & CONANT, LLP<br>Lake Merritt Plaza |
| 5 | 1999 Harrison Street, Suite 2600<br>Oakland, CA  94612-3541 |
| 6 | Telephone:    (510) 433-2600<br>Facsimile:     (510) 433-2699 |
| 7 | |
| 8 | Attorneys for Defendant<br>GREYHOUND LINES, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF SACRAMENTO

| | |
|---|---|
| JOHN CLARK,<br><br>           Plaintiff,<br><br>v.<br><br>LAIDLAW TRANSPORTATION, INC.;<br>GREYHOUND LINES, INC.; and<br>DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. 2:08-cv-00566 JAM GGH<br><br>**STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

      IT IS HEREBY STIPULATED by and between Plaintiff JOHN CLARK ("Plaintiff" or "Mr. Clark") and Defendant GREYHOUND LINES, INC. ("Defendant" or "Greyhound", through their designated counsel, that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure.  Said examination shall take place on **May 26, 2009 at 4:00 p.m.** and will be conducted by Robert Rovner, M.D. at Webster Orthopedic Medical Group, 80 Grand Avenue, #400, Oakland, California  94612, Telephone (510) 238-1200.

      This examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the automobile accident which is the subject of this litigation, and will consist of all necessary and customary activities required to

PDF created with pdfFactory trial version www.pdffactory.com

make such a determination, including but not limited to medical history, radiographic studies, history of accident in question, and physical examination and evaluation. Photographs of Plaintiff's injuries may be taken for use at arbitration. No invasive testing (e.g., "needle probing" or "swabbing") will be conducted by Dr. Rovner.

Plaintiff shall be responsible for the doctor's customary cancellation fee of $800 should he fail to provide Dr. Rovner with 72 hours notice that he will not appear for the scheduled examination and should he fail to appear for the same.

Dated: March 26, 2009　　　　　　　　　　CHAMBERS, NORONHA & KUBOTA

By: /s/ Jonathan Dwork
JONATHAN DWORK
Attorneys for Plaintiff
JOHN CLARK

Dated: March 27, 2009　　　　　　　　　　LOMBARDI, LOPER & CONANT, LLP

By: /s/ Jason B. Shane
JASON B. SHANE
Attorneys for Defendant
GREYHOUND LINES, INC.

IT IS SO ORDERED:

DATED: March 27, 2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com