MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JOHN CLARK,<br><br>        Plaintiff,<br><br>v.<br><br>LAIDLAW TRANSPORTATION, INC.;<br>GREYHOUND LINES, INC.; and<br>DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 2:08-cv-00566 JAM GGH<br><br>**STIPULATION AND ORDER OF<br>DISMISSAL OF ENTIRE ACTION** |

     IT IS HEREBY STIPULATED by and between Plaintiff JOHN CLARK and Defendant

GREYHOUND LINES, INC., through their designated counsel, that the above-captioned action

be and hereby is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil

Procedure 41(a)(1).  Each party agrees to bear their own costs.

Dated:  October 8, 2009         CHAMBERS, NORONHA & KOBUTA


By:_____/s/ Jonathan Dwork_____
        JONATHAN DWORK
        Attorneys for Plaintiff
        JOHN CLARK

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

1   Dated:  October 13, 2009                 LOMBARDI, LOPER & CONANT, LLP

2

3                                            By:              /s/ Jason B. Shane
                                                      JASON B. SHANE
4                                                     Attorneys for Defendant
                                                     GREYHOUND LINES, INC.
5

6   IT IS SO ORDERED.

7   Dated: October 13,  2009

8                                            /S/ JOHN A. MENDEZ
                                               HONORABLE JOHN A. MENDEZ
9                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30407-37668 JBS 575418.1                     2              Case No. 2:08-cv-00566 JAM GGH

STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION

PDF created with pdfFactory trial version www.pdffactory.com